No. 84–1463. WILSON *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 84–1566. CHRISTOFFERSEN ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–1617. ALABAMA PUBLIC SERVICE COMMISSION *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–1665. CAMPBELL *v.* WASHINGTON STATE BAR ASSN. C. A. 9th Cir. Certiorari denied.

No. 84–1676. PLUECKHAHN *v.* FARMERS INSURANCE EXCHANGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1684. ALLIED CORP. *v.* DISTRICT 17, UNITED MINE WORKERS OF AMERICA, ET AL.; and
No. 84–1863. DISTRICT 17, UNITED MINE WORKERS OF AMERICA, ET AL. *v.* ALLIED CORP. ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 765 F. 2d 412.

No. 84–1693. FLORIDA *v.* CRUZ; and FLORIDA *v.* HOLLIDAY ET AL. Sup. Ct. Fla. Certiorari denied. Reported below: 465 So. 2d 516 (first case); 465 So. 2d 524 (second case).

No. 84–1708. OKLAHOMA PUBLISHING CO. *v.* OKLAHOMA HOSPITAL ASSN. ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–1718. CRABTREE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–1722. PORT PACKET CORP. *v.* LEWIS ET AL.; and
No. 84–1723. LEWIS ET AL. *v.* PORT PACKET CORP. Sup. Ct. Va. Certiorari denied. Reported below: 229 Va. 1, 325 S. E. 2d 713.

No. 84–1730. MONTGOMERY *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 84–1739. ALTAMONT FARMS, INC., ET AL. *v.* RIOS ET AL. Ct. App. N. Y. Certiorari denied.